| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| 7160 3901 9849 1050 8188 | A. Received by (Please Print Clearly): APRIL GUSS  B. Date of Delivery: *(illegible)*  C. Signature: X *(signed)*  ☐ Agent  ☐ Addressee  D. Is delivery address different from item 1? If YES, enter delivery address below:  ☐ Yes  ☑ No |
| 3. Service Type  CERTIFIED MAIL | |
| 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes | |
| 1. Article Addressed to: | |

Monsanto Company
c/o CSC - Lawyers Incorporating Service
Post Office Box 526036
Sacramento, CA 95852-6036

Ronald Carr, et al.

PS Form 3811, January 2005            Domestic Return Receipt