1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| This Document Relates To:<br><br>*James Alan Bell vs. G.D. Searle LLC, et al.*<br>(05-4450 CRB)<br><br>*James Rogers Fanning vs. G.D. Searle LLC, et al.*<br>(05-4453 CRB)<br><br>*John J. Driscoll vs. Pfizer Inc, et al.*<br>(05-4584 CRB)<br><br>*Barbara Clem vs. G.D. Searle LLC, et al.*<br>(05-4736 CRB)<br><br>*Kathleen Cote, et al. vs. G.D. Searle LLC, et al.*<br>(05-5360 CRB)<br><br>*Johnny Edwards vs. Pfizer Inc, et al.*<br>(06-1914 CRB)<br><br>*William Crowley vs. Pfizer Inc*<br>(06-2668 CRB)<br><br>*Connie B. Anderson vs. Pfizer Inc, et al.*<br>(06-2784 CRB)<br><br>*Tracy Baral vs. Pfizer Inc, et al.*<br>(06-2912 CRB) | **AMENDED STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

| | |
|---|---|
| 1 | |
| 2 | *Willevene Gruver, et al. vs. Pfizer Inc, et al.* (06-2940 CRB) |
| 3 | *Michael Castle, et al. vs. Pfizer Inc, et al.* (06-3061 CRB) |
| 4 | |
| 5 | *Henry Anderson vs. Pfizer Inc, et al.* (06-3418 CRB) |
| 6 | *Carolyn Chasteen vs. Pfizer Inc, et al.* (06-3433 CRB) |
| 7 | |
| 8 | *James Craig vs. Pfizer Inc, et al.* (06-3554 CRB) |
| 9 | *Connie Akridge vs. Pfizer Inc, et al.* (06-3555 CRB) |
| 10 | |
| 11 | *Faye Cochran vs. G.D. Searle LLC, et al.* (06-3654 CRB) |
| 12 | *Herbert R. Gorham vs. G.D. Searle LLC, et al.* (06-3657 CRB) |
| 13 | |
| 14 | *David Dobbins vs. Pfizer Inc, et al.* (06-3950 CRB) |
| 15 | *Vera A. Benefiel, et al. vs. Pfizer Inc, et al.* (06-4012 CRB) |
| 16 | |
| 17 | *Jerry Goodman vs. Pfizer Inc, et al.* (06-4013 CRB) |
| 18 | *Gene N. Gordon vs. G.D. Searle LLC, et al.* (06-4294 CRB) |
| 19 | |
| 20 | *Alyce B. Elliott vs. Pfizer Inc, et al.* (06-4419 CRB) |
| 21 | *Roger D. Conner vs. G.D. Searle LLC, et al.* (06-4483 CRB) |
| 22 | |
| 23 | *Elaine Givens vs. Pfizer Inc, et al.* (06-4608 CRB) |
| 24 | *Shelia Adams, et al. vs. Pfizer Inc, et al.* (06-5040 CRB) |
| 25 | |
| 26 | *Veronica Grice, et al. vs. Pfizer Inc, et al.* (06-5385 CRB) |
| 27 | *Jeffery L. Davis vs. Pfizer Inc, et al.* (06-7009 CRB) |
| 28 | |

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

| | |
|---|---|
| 1 | *Rick Detmer, et al. vs. Pfizer Inc, et al.* (06-7523 CRB) |
| 2 | |
| 3 | *Randy Gunter, et al. vs. Pfizer Inc, et al.* (06-7524 CRB) |
| 4 | *Robert C. Bonnett, et al. vs. Pfizer Inc, et al.* (06-7770 CRB) |
| 5 | |
| 6 | *Christene Canada vs. Pfizer Inc, et al.* (06-7771 CRB) |
| 7 | *Christine Erickson, et al. vs. Pfizer Inc, et al.* (06-7772 CRB) |
| 8 | |
| 9 | *Dannie Graham vs. Pfizer Inc, et al.* (06-7774 CRB) |
| 10 | *Troy L. Coker, et al. vs. Pfizer Inc, et al.* (06-7775 CRB) |
| 11 | |
| 12 | *Michael Fisher vs. Pfizer Inc, et al.* (07-0761 CRB) |
| 13 | *George S. Chiotakis vs. Pfizer Inc, et al.* (07-0860 CRB) |
| 14 | |
| 15 | *Ricky Estep vs. Pfizer Inc, et al.* (07-0971 CRB) |
| 16 | *Ralph Rocha, et al. vs. Pfizer Inc, et al.* (07-1124 CRB) |
| 17 | |
| 18 | *Shirley Darling, et al. vs. Pfizer Inc, et al.* (07-1356 CRB) |
| 19 | *Lawrence Burris, et al. vs. Pfizer Inc, et al.* (07-1371 CRB) |
| 20 | |
| 21 | *Richard L. Bowden vs. Pfizer Inc, et al.* (07-1375 CRB) |
| 22 | *Betty Grulke vs. Pfizer Inc, et al.* (07-1768 CRB) |
| 23 | |
| 24 | *Bradley John Cok, et al. vs. Pfizer Inc, et al.* (07-1874 CRB) |
| 25 | *Phyllis Buonopane vs. Pfizer Inc, et al.* (07-2026 CRB) |
| 26 | |
| 27 | *Connie LaGrew, et al. vs. Pfizer Inc, et al.* (07-3034 CRB) |
| 28 | *Betty Lou Bass vs. Pfizer Inc, et al.* |

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

1  (07-3643 CRB)

2  *Rachel Carballo, et al. vs. Pfizer Inc, et al.*
    (07-3646 CRB)
3
    *Chad James Flynn, et al. vs. Pfizer Inc, et al.*
4  (07-3955 CRB)

5  *Helen Alexander, et al. vs. Pfizer Inc, et al.*
    (07-4382 CRB)
6
    *James Dauphinais, et al. vs. Pfizer Inc, et al.*
7  (07-4983 CRB)

8  *James Darty vs. G.D. Searle LLC, et al.*
    (07-5399 CRB)
9
    *Robyn Anderson, et al. vs. Pfizer Inc, et al.*
10 (07-5590 CRB)

11 *Morris Adams, et al. vs. Pfizer Inc, et al.*
    (07-5591 CRB)
12
    *Peter Fos vs. Pfizer Inc, et al.*
13 (07-5685 CRB)

14 *Michael H. Allen, et al. vs. Pfizer Inc, et al.*
    (07-5703 CRB)
15
    *Vivian Cobb vs. Pfizer Inc, et al.*
16 (08-0257 CRB)

17 *Roberta Bowman vs. Pfizer Inc, et al.*
    (08-0303 CRB)
18
    *Harriet Bratcher vs. Pfizer Inc, et al.*
19 (08-0795 CRB)

20 *Olive Beebe, et al. vs. Pfizer Inc, et al.*
    (08-0977 CRB)
21
    *Ramond Beaver vs. Pfizer Inc, et al.*
22 (08-1015 CRB)

23 *Robert Colman vs. Pfizer Inc, et al.*
    (08-1016 CRB)
24
    *Robert E. Davis, et al. vs. Pfizer Inc, et al.*
25 (08-1224 CRB)

26 *Rommie Anderson, et al. vs. Pfizer Inc, et al.*
    (08-1351 CRB)
27
    *Tim Gray vs. Pfizer Inc, et al.*
28 (08-1434 CRB)

-4-

1  *Owen L. May, et al. vs. Pfizer Inc, et al.*
2  (08-1590 CRB)

3  *Ronald Carr, et al. vs. Pfizer Inc, et al.*
   (08-1591 CRB)
4
   *Mary Basilisco, et al. vs. Pfizer Inc, et al.*
5  (08-1746 CRB)

6  *Earnest Colvin vs. Pfizer Inc, et al.*
   (08-2470 CRB)
7
   *Velma Burt vs. Pfizer Inc, et al.*
8  (08-2471 CRB)

9  *Sarah Benton vs. Pfizer Inc, et al.*
   (08-2605 CRB)
10
    *Lawanda Bell vs. Pfizer Inc, et al.*
11  (08-3708 CRB)

12      Come now Plaintiffs in the above-entitled actions and Defendants, by and through the
13  undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
14  stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with
15  each side bearing its own attorneys' fees and costs.

22  DATED: 10/29/2009    By: /s/ Navan Ward

    BEASLEY, ALLEN, CROW, METHVIN,
    PORTIS & MILES, P.C.
    218 Commerce Street
    P.O. Box 4160
    Montgomery, Alabama 36103
    Telephone: 334-269-2343
    Facsimile: 334-954-7555

    *Attorneys for Plaintiffs*

-5-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42595197.1

| | |
|---|---|
| 1 | DATED: Oct. 29, 2009      By: _[signature]_ |
| 2 | |
| 3 | **DLA PIPER LLP (US)**<br>1251 Avenue of the Americas |
| 4 | New York, New York 10020<br>Telephone: 212-335-4500<br>Facsimile: 212-335-4501 |
| 5 | |
| 6 | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009

_[signature]_
Hon. Charles R. Breyer
United States District Court

-6-